RECEIVED

JUL 31 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY _____BW_____

14-cv-1816

7-29-14

To Whom it May Concern:

Checking up on my situation, not hearing from the courts since I've received my forma pauperis!

7-7-14 @ 7:35 pm They moved Non-Handicap inmate into Cell 5 which is for handicap inmates. 2 people there Non-handicap. (Pod E) I'm still in cell 12

7-23-14 @ 12:40 AM I was moved to Pod G, cell 9 in Re-Entry Programs is another Non-Handicap cell Once again disregard of my disability.

Charles Johnson            Civil Action
SO 6158 Bk 199691          # 5:14CV1816 SecP
-v-                        Judge Foote
Steve Prator, Et Al        Mag. Judge Hornsby

> Docket sheet returned 7/31 BW

Charles Johnson G-9
SO#666183 J#199647
P.O. Box 7070
Shreveport, LA 71137
CCC

THIS LETTER IS BEING MAILED
BY AN INMATE OF THE
CADDO CORRECTIONAL CENTER
THE CONTENTS HAVE
NOT BEEN REVIEWED

RECEIVED
JUL 31 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LA
BY _____

Clerk United States District Court
Western District of Louisiana
U.S. Courthouse
300 Fannin St, Suite 1167
Shreveport, Louisiana 71101-3083



SHREVEPORT LA 711

USA FOREVER